need not file annual accounts unless required by the courtand to specify appropriate accounting periods.

*Staff Note:* The comments are by the Probate Rules Committee.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notification specified in MCR 1.201. When filing a comment, please refer to ADM 89-31.

*Rehearing Denied November 9, 1989:*

STEVENS v McLOUTH STEEL PRODUCTS CORPORATION, No. 83356. Reported *ante,* 365.

*Order Published November 22, 1989:*

PROPOSED AMENDMENT OF RULES 1.9 AND 1.10 OF THE MICHIGAN RULES OF PROFESSIONAL CONDUCT. On order of the Court, this is to advise that the Court is considering whether to amend Rules 1.9 and 1.10 of the Michigan Rules of Professional Conduct. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

[The present language would be amended as indicated below:]

RULE 1.9. CONFLICT OF INTEREST: FORMER CLIENT.

(a) A lawyer who has formerly represented a client in a matter shall not thereafter/ *(a)* represent another person in the same or a substantially related matter in which that person's interests are materially adverse to the interests of the former client unless the former client consents after consultation/ *or.*

(b) Unless the former client consents after consultation, a lawyer shall not knowingly represent a person in the same or a substantially related matter in which a firm with which the lawyer formerly was associated has previously represented a client

(1) whose interests are materially adverse to that person, and

(2) about whom the lawyer had acquired information protected by Rules 1.6 and 1.9(c) that is material to the matter.

(c) A lawyer who has formerly represented a client in a matter or whose present or former firm has formerly represented a client in a matter shall not thereafter:

*(b)*(1) use information relating to the representation to the disadvantage of the former client except as Rule 1.6 or Rule 3.3 would permit or require with respect to a client, or when the information has become generally known; or